NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## QUEEN'S UNIVERSITY AT KINGSTON,
*Appellant*

**v.**

## SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,
*Appellees*

---

2016-2723, 2016-2725

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00583, IPR2015-00584.

---

## JUDGMENT

---

SHAWN DANIEL BLACKBURN, Susman Godfrey LLP, Houston, TX, argued for appellant.  Also represented by IAN B. CROSBY, Seattle, WA; MICHELLE KINGHAM HOLOUBEK, ROBERT GREENE STERNE, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for appellees.  Also represented by MICHAEL J. MCKEON, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  January 10, 2018  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court